# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 07-17205 |
| 55 INVESTMENT GROUP, LLC | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 09/21/2007. The undersigned trustee was appointed on 09/21/2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

|   |   |   |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 17,676.22 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 19.12 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |

|   |   |   |
|---|---|---|
| Leaving a balance on hand of | $ | 17,657.10 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 03/12/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,517.62 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,517.62 , for a total compensation of $ 2,517.62 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 8.46 , for total expenses of $ 8.46 .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/06/2009                By:/s/BRENDA PORTER HELMS, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No:       07-17205    SQU   Judge: JOHN SQUIRES
Case Name:     55 INVESTMENT GROUP, LLC

For Period Ending: 05/06/09

Trustee Name:  BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c):  09/21/07 (f)
341(a) Meeting Date:  10/30/07
Claims Bar Date:  03/12/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BUSINESS CHECKING ACCOUNT AT LASALLE BANK | 970.00 | 0.00 | DA | 0.00 | FA |
| 2. Preference recoveries (u) | Unknown | 0.00 | | 17,672.62 | FA |
| 3. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.60 | Unknown |

TOTALS (Excluding Unknown Values)          $970.00          $0.00                    $17,676.22

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/10      Current Projected Date of Final Report (TFR): 03/30/09

/s/   BRENDA PORTER HELMS, TRUSTEE
_____ Date: 05/06/09
BRENDA PORTER HELMS, TRUSTEE

Ver: 14.30d

PFORM1
UST Form 101-7-TFR (4/1/2009) (Page: 3)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-17205 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | 55 INVESTMENT GROUP, LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7695 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0382 | | |
| For Period Ending: | 05/06/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/08 | 2 | Steve Smith Enterprises<br>16 Spinning Wheel Drive Ste 210<br>Hinsdale IL 60521 | settlement of adversary | 1241-000 | 17,672.62 | | 17,672.62 |
| 10/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.43 | | 17,673.05 |
| 11/28/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.44 | | 17,674.49 |
| 12/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.90 | | 17,675.39 |
| 01/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 17,675.54 |
| 02/06/09 | 000101 | International Sureties Ltd | trustee bond | 2300-000 | | 19.12 | 17,656.42 |
| 02/27/09 | 3 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 17,656.56 |
| 03/31/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 17,656.71 |
| 04/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 17,657.10 |

Total Of All Accounts 17,657.10

Ver: 14.30d

PFORM24 UST Form 101-7-TFR (4/1/2009) (Page: 4)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 07-17205
Debtor Name: 55 INVESTMENT GROUP, LLC

Page 1
Claim Class Sequence

Date: May 06, 2009

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | Springer Brown Covey Gaertner & Davis | Administrative | | $3,645.00 | $0.00 | $3,645.00 |
| 000001 070 7100-00 | Jeffrey Rosenfeld and Joanne Rosenfeld<br>Terence M Fenelon Esq<br>4513 Lincoln Avenue Suite 111<br>Lisle, IL 60532 | Unsecured | | $82,355.68 | $0.00 | $82,355.68 |
| 000002 070 7100-00 | Steve Smith Enterprises, Inc.<br>c/o Stephen T. Bobo<br>Reed Smith LLP<br>10 S. Wacker Drive<br>40th Flr.<br>Chicago, IL 60606 | Unsecured | | $8,888.31 | $0.00 | $8,888.31 |
| | Case Totals: | | | $94,888.99 | $0.00 | $94,888.99 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-17205
Case Name: 55 INVESTMENT GROUP, LLC
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $NA |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $2,517.62 | $8.46 |
| Attorney for trustee: Springer Brown Covey Gaertner & Davis | $3,645.00 | $0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: NA | $NA | $NA |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: NA | | $ NA | $ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,243.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Jeffrey Rosenfeld and Joanne Rosenfeld | $ 82,355.68 | $ 10,367.14 |
| 000002 | Steve Smith Enterprises, Inc. | $ 8,888.31 | $ 1,118.88 |

UST Form 101-7-TFR (4/1/2009) (Page: 7)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .