# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| 55 INVESTMENT GROUP, LLC | § § | Case No. 07-17205 SQU |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF COURT
   219 S. DEARBORN STREET
   CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/15/2010 in Courtroom 4016,
   DuPage Judicial Center
   505 N. County Farm Road
   Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/09/2009         By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
55 INVESTMENT GROUP, LLC § Case No. 07-17205
§
Debtor(s) §
§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,678.89 |
| and approved disbursements of | $ | 19.12 |
| leaving a balance on hand of[1] | $ | 17,659.77 |

Claims of secured creditors will be paid as follows:

Claimant                                            Proposed Payment
                                                    $

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 2,517.89 | $ 8.46 |
| Attorney for trustee: Springer Brown Covey Gaertner & Davis | $ 3,645.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Charges: | | $ | $ |
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,243.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Jeffrey Rosenfeld and Joanne Rosenfeld | $82,355.68 | $10,369.30 |
| 000002 | Steve Smith Enterprises, Inc. | $8,888.31 | $1,119.12 |
|  |  | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

                              Prepared By: /s/Brenda Porter Helms
                                                                                                                  Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: sburton                Page 1 of 1                  Date Rcvd: Dec 10, 2009
Case: 07-17205                Form ID: pdf006              Total Noticed: 25


The following entities were noticed by first class mail on Dec 12, 2009.
 db           +55 Investment Group, LLC,    6743 Kingery Highway,    Willowbrook, IL 60527-5142
 aty          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 W Lawrence Avenue,
                Chicago, IL 60625-5104
 aty          +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
 aty          +Jon N. Dowat,   Thinking Outside the Box, Inc.,    4320 Winfield Road Suite 200,
                Warrenville, IL 60555-4023
 tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
                Chicago, IL 60625-5104
11623186      +AT& T,   Acct No 630-428-3222-212-4,     P.O. Bax 8100,    Aurora, IL 60507-8100
11623185      +Alpha  Baking Company,    Acct No 53068,    36230 Treasury Center,    Chicago, IL 60694-6200
11623187       Blackman Accounting Services Inc.,     1 S 280 Summit, Court C-2,    Oakbrook Terrace, IL 60181-3948
11623188      +Chicago Franchise Systems,    Acct No November 2005,     8200 West 185th Street  Suite J,
                Tinley Park, IL 60487-9234
11623189      +Cintas Corporation,    Acct No 02385,    P.O. Box 7759,    Romeoville, IL 60446-0759
11623190      +City of Naperville,    Acct No 27747530660,    P.O. Box 4231,    Carol Stream, IL 60197-4231
11623191      +Cozzini Brothers, Inc.,    Acct No 16427,    P.O. Box 46489,    Chicago, IL 60646-0489
11623192       Crown Recycling and Waste Services,    Acct No 360153,     P.O. Box,    Elk Grove Village, IL 60009
11623193      +Gonella Baking Company,    Acct No 025347,    2758 Eagle Way,    Chicago, IL 60678-0001
11623194      +Greco and Sons Inc.,    1550 Hecht Drive,    Bartlett, IL 60103-1697
12035132      +Jeffrey Rosenfeld and Joanne Rosenfeld,    5850 Forest View Road - Unit D,    Lisle, IL 60532-2881
11623195      +Jeffrey Rosenfeld and Joanne Rosenfeld,    Terence M Fenelon Esq,    4513 Lincoln Avenue Suite 111,
                Lisle, IL 60532-1290
11623196      +Mahoney Enviromental,    Acct No 020636,    37458 Eagle Way,    Chicago, IL 60678-0001
11623197       Mi-Lor Products and Services,    Acct No 550 Inv,    0 S 507 Forest Avenue,    Winfield, IL 60190
11623198       Mulherin, Rehfeldt & Varchetto, P.C.,    211 South Wheaton Avenue,    Oak Brook Terrace, IL 60181
11805313      +Radiant Systems,    3925 Brookside Parkway,    Alpharetta, GA 30022-4429
11623200      +Steve Smith Enterprises,    15 Spinning Wheel Road Unit 210,    Hinsdale, IL 60521-2984
12721219      +Steve Smith Enterprises, Inc.,    c/o Stephen T. Bobo,    Reed Smith LLP,    10 S. Wacker Drive,
                40th Flr.,   Chicago, IL 60606-7506
11623201      +Thomas B. Cahill Attorney at Law,    1155 S. Washington Suite 106,    Naperville, IL 60540-7966

The following entities were noticed by electronic transmission on Dec 10, 2009.
11623199      +E-mail/Text: bankrup@nicor.com                           NICOR Gas,    Acct No 31-85-34-3786-6,
                P.O. Box 416,   Aurora, IL 60568-0001
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2009**          **Signature:** *Joseph Speetjens*